March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

    Charles Evans,

              Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-380  (PAC)

Defendant Charles Evans hereby voluntarily consents to participate in the following proceeding via videoconferencing:

X___    Initial Appearance/Appointment of Counsel

_X__    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence


____/S/ Charles Evans_____    /S/Robert M Baum_____
Defendant's Signature                                      Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Charles Evans_____                                Robert M Baum
Print Defendant's Name                                 Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

8/4/2020
_____                                _____
Date                                                   U.S. District Judge